**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1723

ALVIN N. BENNETT,

Plaintiff - Appellant,

versus

CHARLES COUNTY PUBLIC SCHOOLS,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge. (8:04-cv-01501-AW)

Submitted:  March 29, 2007          Decided:  April 2, 2007

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Alvin N. Bennett, Appellant Pro Se.  Edmund Joseph O'Meally, HODES, ULMAN, PESSIN & KATZ, PA, Towson, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvin N. Bennett appeals the district court's order granting summary judgment to Charles County Public Schools on his Title VII claims of employment discrimination based on race. <u>See</u> 42 U.S.C. §§ 2000e - 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Bennett v. Charles County Pub. Sch.</u>, No. 8:04-cv-01501-AW (D. Md. May 25, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>